UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DENA ISAACSON, by and through her next friend, ITZHAK ISAACSON,<br>Plaintiff,<br>vs.<br><br>KIMCO REALTY OP, LLC and FRATELLIS HILLSBORO LLC,<br>Defendants. | Case No: 25-cv-61824-WPD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DENA ISAACSON, by and through undersigned counsel, hereby dismisses this matter *with prejudice* against Defendant, KIMCO REALTY OP, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
*Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
844-702-8867
WassenbergL@gmail.com

/s/ Siobhan E. P. Grant
Siobhan E. P. Grant (FBN: 68892)
*Attorney for Defendant, Kimco Realty OP, LLC*
2811 Ponce de Leon Blvd., 10th Floor
Coral Gables, FL 33134
305-358-7747
sgrant@hinshawlaw.com
lleon@hinshawlaw.com