UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61824-CIV-DIMITROULEAS

DENA ISAACSON
by and through her next friend
ITZHAK ISAACSON,

Plaintiff,

vs.

Kimco Realty OP LLC
FRATELLIS HILLSBORO LLC,

Defendant.
_______________________________________/

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 21], filed on November 26, 2025. The Court has carefully reviewed the Notice [DE 21] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 21] is **APPROVED**; and
2. Defendant Fratellis Hillsboro LLC is hereby **DISMISSED WITH PREJUDICE**.
3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record