UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61824-CIV-DIMITROULEAS

DENA ISAACSON
by and through her next friend
ITZHAK ISAACSON,

Plaintiff,

vs.

Kimco Realty OP LLC
FRATELLIS HILLSBORO LLC,

Defendant.
_____________________________________/

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 22], filed on November 26, 2025. The Court has carefully reviewed the Notice [DE 22] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 22] is **APPROVED**; and
2. Defendant KIMCO REALTY OP, LLC is hereby **DISMISSED WITH PREJUDICE**;
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record